UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE T. DAVIS,<br><br>   Petitioner,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Civil No. 17-cv-416-JPG<br><br>Criminal No 12-cr-40099-JPG |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Andre T. Davis's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Andre T. Davis, and that this case is dismissed with prejudice.

**DATED: January 3, 2018**           JUSTINE FLANAGAN, Acting Clerk of Court

                                                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT
                  DISTRICT JUDGE**